# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Michael Molinaro, | ) |
|   Plaintiff, | ) Civil Action No. 2:22-cv-00882 |
| v. | ) |
| Leet Township, | ) |
|   Defendant. | ) |

## REPORT OF NEUTRAL

An Early Neutral Evaluation session was held in the above-captioned matter on January 3, 2023.

The case (please check one):

_____  has resolved

_____  has resolved in part (see below)

\_\_\_\_X\_\_\_\_\_  has not resolved.

If the case has resolved in part, please indicate the part that has resolved and/or the claims(s)/parties that remain:

_____

_____

Dated: January 6, 2023              **/s/David B. White, Esquire**
                                    Signature of Neutral